United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kenneth Warren Ford, Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-25144-Civ-Scola |
| ) | |
| Captain Phillip LeBowitz and Sgt. D. ) | |
| Shelby, Defendant. ) | |

### Order Adopting Magistrate's Report and Recommendation

This § 1983 case was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters, and for a report and recommendation on any dispositive matters. On April 19, 2019, Judge Reid issued her report and recommendation after screening pro se Plaintiff Kenneth Warren Ford's *in forma pauperis* complaint under 28 U.S.C. § 1915. (ECF No. 12.) Ford's objections to Judge Reid's report were initially due on May 2, 2019. On May 10, 2019, however, he requested a fourteen-day extension. (Pl.'s Mot. At 13.) The Court granted the motion, allowing Ford until May 16, 2019, to file his objections. That deadline has passed and Ford has not submitted any objections or asked for a further extension.

A district-court judge need conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. When no objections are made, a report may be adopted in full without conducting a de novo review. *Id.* Nevertheless, the Court reviewed, de novo, the filings, the applicable law, and the record, and finds Judge Reid's report and recommendation cogent and compelling. The Court agrees with Judge Reid's conclusions that the state law claims against Defendant Sergeant Shelby for assault and battery should be dismissed. The remainder of Ford's complaint survives § 1915 screening.

Based on the Court's review, the Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 12**) in full. Ford may proceed *in forma pauperis* with the bulk of his complaint intact, as detailed in Judge Reid's report.

**Done and ordered** in chambers, at Miami, Florida, on May 23, 2019.

_____
Robert N. Scola, Jr.
United States District Judge