United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Kenneth Warren Ford, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-cv-25144-Civ-Scola |
| | ) |
| Captain Phillip Lebowitz and Sgt. D. Shelby, Defendant. | ) |

### Order Adopting Report and Recommendation

Plaintiff Kenneth Warren Ford, proceeding pro se, seeks to recover, under 42 U.S.C. § 1983 and state law, for injuries he says he sustained as a result of the Defendants' use of excessive force, failure to intervene, assault, and battery. (Compl., ECF No. 1.) This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On July 13, 2020, Judge Reid issued a report (ECF No. 74), recommending that the Court deny Ford's motion for summary judgment (Pl.'s Mot., ECF No. 61). Neither party has objected to Judge Reid's report and recommendations and the time for them to do so has passed.

The Court has considered—de novo—Judge Reid's report, the record, and the relevant legal authorities. With a minor modification, the Court finds Judge Reid's report cogent and compelling. The Court agrees with Judge Reid's determination that Ford failed to carry his burden of demonstrating that there is no genuine issue of material fact and that he is entitled to judgment as a matter of law. The Court also agrees that, even if Ford had managed to carry his initial burden, the Defendants nevertheless came forward with ample record evidence raising genuine issues of material fact regarding Ford's claims. The Court modifies only that part of Judge Reid's report that indicates that, because Ford's motion for summary judgment should be denied, "this case should proceed to trial." (Rep. & Rec. at 19.) Pending before the Court is the Defendants' own motion for summary judgment. (Defs.' Mot., ECF No. 78.) If that motion is granted in its entirety, the need for a trial will, of course, be obviated.

With that slight modification, then, the Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 74**), thus **denying** Ford's motion for summary judgment (**ECF No. 61**).

The Clerk is directed to **mail** a copy of this order to Ford at the address listed below.

**Done and Ordered** at Miami, Florida, on September 4, 2020.

                                        Robert N. Scola, Jr.
                                        United States District Judge

**Copy via U.S. mail to**:
Kenneth Warren Ford
167315
Walton Correctional Institution
Inmate Mail/Parcels
691 Institution Road
De Funiak Springs, FL 32433